*Mr. Charles O'Donnell,* and *Mr. J. L. Wines,* for Appellants.

---

No. 1,681.—MURRAY, APPELLANT, *v.* LIVINGSTON, RESPONDENT.

*Appeal from District Court, Park County; Frank Henry, Judge.*

On motion to dismiss appeal.

Decided October 15, 1903.

PER CURIAM.—Upon motion to dismiss the appeal, it is ordered by the court that the appeal herein be and the same is hereby dismissed.

*Mr. A. P. Stark,* for Appellant.

*Mr. James Donovan,* for Respondent.